UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DURWIN NEAL, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| vs. | ) Case No. 4:08CV01090 ERW |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Respondent. | ) |

## **CERTIFICATE OF APPEALABILITY**

In accordance with the Memorandum and Order of this Court filed on this date and incorporated herein,

**IT IS HEREBY ORDERED** that the Court shall not issue a certificate of appealability as to any of Petitioner's claims.

Dated this <u>11th</u> Day of <u>February</u>, 2009.

　　　　　　　　　　　　　　　　　　　　　　　　_E. Richard Webber_
　　　　　　　　　　　　　　　　　　　　　　　　E. RICHARD WEBBER
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE