UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

DURWIN NEAL,                        )
                                   )
              Movant,              )
                                   )
       vs.                         )          Case No. 4:08CV01090 ERW
                                   )
UNITED STATES OF AMERICA,          )
                                   )
              Respondent.          )

## JUDGMENT

In accordance with the Memorandum and Order of this Court filed on this date and

incorporated herein,

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that Defendant United

States of America shall have judgment against Petitioner Durwin Neal on all Counts of Plaintiff's

Complaint.  All Counts of Plaintiff's Complaint are dismissed with prejudice.

Dated this 11th Day of February, 2009.


                                   _____
                                   E. RICHARD WEBBER
                                   UNITED STATES DISTRICT JUDGE